HANLON, JUDGE:
This day came the claimants by their counsel, Warren R. McGraw, Jr., and respondent by its counsel, Frank Venezia, to submit documentation for the amounts to be awarded to the claimants in accordance with the opinion of this Court issued on January 30, 1989, in Harless, et al. v. Sup. Ct. of Appeals.
And the Court having reviewed such documentation, the following awards are hereby granted to the claimants.
*32 Helen McCormick $3,012.10
Sonja L. Johns $1,028.13
Anita Hager $2,208.87
David M. Buzzard $3,012.10
Mark A. Kerwood $3,012.10
Marjorie L. Baker $1,028.13
Jeanette Grimes $1,028.13
Shirley Adkins $1,028.13
Mary F. Wiedebusch $2,208.87
Linda L. Bixby $1,028.13
William D. Anderson $ 200.00
Robert Lightner $2,564.60
George J. Narick Denied
Bill Webb $3,012.10
John Moses $3,012.10
Pamela Newsome $1,028.13
Deloris Sidebottom $1,028.13
Beverly C. Booth $1,028.13
Judith P. Goontz $3,012.10
J.V. DeMarco, Jr. $3,012.10
Wilma L. Kocher $1,028.13
Barbara Minor $1,028.13
Ruth D. Lemon $2,208.87
Karen B.Lydon $2,208.87
ENTERED: 1/17/90
Presiding Judge